The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAKHAR HAYAT,<br><br>   Plaintiff,<br><br>vs.<br><br>DANIELLE LEHMAN, *et al.*,<br><br>   Defendants. | No.: 2:23-cv-01040-JHC<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES<br><br>NOTED FOR CONSIDERATION:<br>September 11, 2023 |

## STIPULATION

Plaintiff Fakhar Hayat and Defendants Danielle Lehman, *et al.*, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rules ("LCR") 10(g) and 16, hereby jointly stipulate and respectfully move for (1) a 60-day extension of the deadline for Defendants to respond to the Complaint, and (2) the Court to vacate the deadlines set in the Court's scheduling order (Dkt. #4) for a Fed. R. Civ. P. 26(f) conference, initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and filing a Combined Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f) and LCR 26(f).

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial

STIPULATED MOTION AND ORDER
2:23-cv-01040-JHC
Page 1

UNITED STATES
DEPARTMENT OF JUSTICE
CIVIL DIVISION – OFFICE OF
IMMIGRATION LITIGATION
P.O. Box 868
Washington, D.C. 20005
(202) 616-4883

and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of the deadline for Defendants to respond to the Complaint. Plaintiff seeks review under the Administrative Procedures Act, 5 U.S.C. § 706, and petitions the Court to compel agency action to adjudicate his Form I-589 application for asylum and Form I-730 asylee relative petitions. (Dkt #1). On August 21, 2023, the U.S. Citizenship and Immigration Services approved Plaintiff's Form I-589 application for asylum. On September 1, 2023, counsel for the parties telephonically met and conferred about this case. Counsel determined that portions of the dispute are resolved and continued negotiation might facilitate the full resolution of this case without further litigation. Continuing the existing deadlines for a responsive pleading will allow the parties and the Court to conserve resources because they will not have to expend resources completing work on a case that may become moot.

The parties also stipulate that this case is exempt from the initial disclosure requirements of Fed. R. Civ. P. 26(a)(1)(A) and the initial conference requirements under Fed R. Civ. P. 26(f) and LCR 16(b)(7) as an action for review of an administrative record. *See* Fed. R. Civ. P. 26(a)(1)(B)(i), 26(f)(1); LCR 16(b)(7). As such, the parties respectfully request the Court vacate the scheduling order (Dkt #4). The parties shall also notify Ashleigh Drecktrah, Court Deputy, via email, that this case is exempt from the requirements of Fed. R. Civ. P. 26(a) and 26(f) per the scheduling order (Dkt #4).

Therefore, the parties agree to and propose the new responsive pleading deadline as follows:

STIPULATED MOTION AND ORDER
2:23-cv-01040-JHC
Page 2

UNITED STATES
DEPARTMENT OF JUSTICE
CIVIL DIVISION – OFFICE OF
IMMIGRATION LITIGATION
P.O. Box 868
Washington, D.C. 20005
(202) 616-4883

| Action | Deadline |
|---|---|
| Defendants' Responsive Pleading | November 17, 2023 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 11, 2023                Respectfully submitted,

*s/ Devin T. Theriot-Orr**
Devin T. Theriot-Orr, WSBA 33995
Open Sky Law, PLLC
20415 72nd Ave S., Ste 110
Kent, WA 98032
Phone: (206) 962-5052
devin@opensky.law

*Attorney for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

NICOLE P. GRANT
Senior Litigation Counsel

*/s/ Malcolm McDermond*
MALCOLM MCDREMOND, NYS 5780861
Trial Attorney
Office of Immigration Litigation
District Court Section
U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4883

STIPULATED MOTION AND ORDER
2:23-cv-01040-JHC
Page 3

UNITED STATES
DEPARTMENT OF JUSTICE
CIVIL DIVISION – OFFICE OF
IMMIGRATION LITIGATION
P.O. Box 868
Washington, D.C. 20005
(202) 616-4883

Facsimile: (202) 305-7000
Email: Malcolm.I.McDermond@usdoj.gov

*Attorneys for Defendants*

*signed and filed with permission from counsel

STIPULATED MOTION AND ORDER
2:23-cv-01040-JHC
Page 4

UNITED STATES
DEPARTMENT OF JUSTICE
CIVIL DIVISION – OFFICE OF
IMMIGRATION LITIGATION
P.O. Box 868
Washington, D.C. 20005
(202) 616-4883

**ORDER**

**IT IS SO ORDERED.**

Dated this 11th day of September, 2023.

_____
The Honorable John H. Chun
United States District Court Judge

STIPULATED MOTION AND ORDER
2:23-cv-01040-JHC
Page 5

UNITED STATES
DEPARTMENT OF JUSTICE
CIVIL DIVISION – OFFICE OF
IMMIGRATION LITIGATION
P.O. Box 868
Washington, D.C. 20005
(202) 616-4883