Hon. John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FAKHAR HAYAT, | |
| Plaintiff, | No. 2:23-cv-01040-JHC |
| v. | SCHEDULING ORDER |
| DANIELLE LEHMAN, et al., | |
| Defendants. | |

| | |
|---|---|
| Deadline for Defendant to file answer or other responsive pleading | November 17, 2023 |
| Deadline for parties to file of the Certified Administrative Record | January 22, 2024 |
| Deadline for Plaintiff to notify Defendants regarding Plaintiff's position regarding discovery | February 12, 2024 |
| Deadline for parties to file concurrent Cross-Motions for Summary Judgment (not to exceed 30 pages) | February 19, 2024 |
| Concurrent Oppositions to Motions for Summary Judgment due (not to exceed 30 pages) | March 18, 2024 |
| Concurrent Replies to Opposition briefs due (not to exceed 12 pages) | March 29, 2024 |

SCHEDULING ORDER – 1

  The Court declines to set a trial date at this time but will do so in consultation with counsel after submission of the parties' briefing.

  If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.  These are firm dates that can be changed only by order of the court, not by agreement of counsel or parties.  The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

  As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov.  See Fed. R. Civ. P. 16(b)(3)(B)(v).

  If the administrative record in this case requires more than one PDF on CM/ECF, the filing party must identify the page range for each PDF (*e.g.*, "Attachments: # 1 AR 1 – 982 (Part 1 of 4), # 2 AR 983 – 1699 (Part 2 of 4)," and so on).

  Should this case settle, counsel shall notify Ashleigh Drecktrah as soon as possible at Ashleigh_Drecktrah@wawd.uscourts.gov.  An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

DATED:   November 2, 2023.

            _s/ Ashleigh Drecktrah_
            Ashleigh Drecktrah, Deputy Clerk to
            Hon. John H. Chun, Judge
            (206) 370−8520